GJ   iι

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. **M - 0 4 - 7 3 0** |
| HUGO BALDERAS | § | |
| JOSE JESUS LUCIO | § | United States District Court |

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby, Clerk

**INDICTMENT**

**THE GRAND JURY CHARGES:**

### Count One

From on or about June 30, 2004 to on or about July 30, 2004, in the Southern District of Texas and within the jurisdiction of the Court, defendants

HUGO BALDERAS and
JOSE JESUS LUCIO

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute more than 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about July 30, 2004, in the Southern District of Texas, and within the jurisdiction of the court, defendants

HUGO BALDERAS and
JOSE JESUS LUCIO

did knowingly and intentionally possess with intent to distribute more than 5 kilograms, that is, approximately 12 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**Count Three**

From on or about August 2, 2004 to on or about August 4, 2004, in the Southern District of Texas  and within the jurisdiction of the Court, defendants

HUGO BALDERAS and
JOSE JESUS LUCIO

did knowingly and intentionally conspire and agree  with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute more than 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

**Count Four**

On or about August 4, 2004, in the Southern District of Texas, and within the jurisdiction of the court, defendants

HUGO BALDERAS and
JOSE JESUS LUCIO

did knowingly and intentionally possess with intent to distribute more than 100 kilograms, that is, approximately 244 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY