UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA     §
        §
vs                             §    CRIMINAL NO. M-04-730
        §
HUGO BALDERAS            §

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for April 6, 2005) is hereby reset

for sentencing on April 15, 2005 at **9:00 a.m.** in the 9th Floor Courtroom, United States District

Court, 1701 W. Business Highway 83, McAllen, Texas.

ENTERED this 6th day of April, 2005, at McAllen, Texas.

_____
Randy Crane
United States District Judge